UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COOLERIDGE BELL BEY,<br><br>                              Plaintiff,<br><br>             -against-<br><br>SURROGATE'S COURT, NEW YORK, NEW YORK, et al.,<br><br>                              Defendants. | 1:21-CV-3797 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 17, 2021, dismissing this action is frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2021
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge